**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RONALD BRILEY | : | |
| 1353 MARECO PLACE | | |
| COLUMBUS, OHIO 43207 | : | CASE NO. |
| | | |
| PLAINTIFF, | : | **COMPLAINT** |
| | | |
| | : | JUDGE |
| v. | | |
| | : | MAGISTRATE JUDGE |
| | | |
| LABORATORY CORPORATION OF | : | **JURY DEMAND ENDORSED HEREON** |
|   AMERICA HOLDINGS | | |
| 358 SOUTH MAIN STREET | : | |
| BURLINGTON, NC. 27215 | | |
| | : | |
| DEFENDANT. | | |

## PARTIES

Plaintiff, Ronald Briley, complaining of Defendant Laboratory Corporation of America Holdings, alleges as follows:

1.      Plaintiff is an individual citizen of the State of Ohio, residing at 1353 Mareco Place, Columbus, Ohio and is African American.  Plaintiff has been employed with Defendant since March 3, 2017 and currently holds the position of Service Supply Supervisor.

2.      Laboratory Corporation of America Holdings is a North Carolina corporation with its headquarters at 358 South Main Street, Burlington, North Carolina.  At all times pertinent hereto, Plaintiff worked at Defendant's 6324 Irelan Place, Dublin, Ohio location.

## JURISDICTION AND VENUE

3.      Jurisdiction is based upon 28 USC § 1331 because the action arises under the laws of the United States, and upon 42 USC § 2000*e et seq.* providing for relief from discrimination in employment on the basis of race.

4.      Venue lies in the Southern District of Ohio pursuant to 42 U.S.C. § 2000e-5(f) and 28 U.S.C. § 1391 based upon the illegal acts of Defendant which occurred in the County of Franklin, State of Ohio.

5.     Plaintiff has complied with administrative prerequisites by filing a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC").

6.     On October 2, 2023, the EEOC mailed a Notice of Right to Sue to the Plaintiff, attached hereto as **Exhibit A**.

## CLAIM FOR RELIEF:
## RACE DISCRIMINATION - TITLE VII, 42 U.S.C. § 2000e *et. seq.*

7.     The allegations of the prior paragraphs are incorporated as if fully set forth below.

8.     The Plaintiff applied for a promotion to the position of Facilities Supervisor on August 3, 2022.  A lesser-qualified white employee was selected for the position.

9.     As a result of the promotion denials, the Plaintiff was denied the terms and conditions of employment based upon his race.

10.     As a result of the promotion denials, the Plaintiff was subjected to disparate treatment based upon his race.

11.     Defendant has offered reasons for the Plaintiff's disparate treatment and denial of the terms and conditions of employment that are merely a pretext to discriminate against the Plaintiff on the basis of his race in violation of 42 USC § 2000*e, et seq.*

12.     Defendant's discrimination against the Plaintiff was intentional, deliberate or reckless and without regard for his legal rights.

13.     Defendant's discrimination against the Plaintiff was willful, malicious, spiteful and with ill will and with a reckless disregard for his legal rights.

14.     As a direct and proximate result of Defendant's conduct as set forth above, the Plaintiff has suffered loss of compensation, loss of fringe benefits, loss of the opportunity to be able to continue the gainful employment in which he has been engaged previously, loss of future earnings, future earning capacity, loss of reputation, humiliation, embarrassment, loss of self esteem, other emotional distress, adverse health, and loss of time and money endeavoring to protect himself from Defendant's unlawful discrimination, including costs, expert's fees and attorney's fees.

**WHEREFORE**, Plaintiff prays as to Defendant, as follows:

(a)  That this Court award such equitable relief as is proper as compensation for the loss of opportunity to engage in gainful employment, including relief in the form of front pay;

(b)  That this Court award Plaintiff an amount to be determined as compensation for adverse health effects, for the loss of his opportunity to engage in gainful employment, and future earnings and for humiliation, embarrassment, loss of reputation, and loss of self-esteem;

(c)  That this Court award Plaintiff all lost wages and benefits;

(d)  That this Court award Plaintiff punitive damages;

(e)  That this Court award Plaintiff reasonable attorney's fees, expert's fees and the costs of this action; and

(f)  That this Court grant Plaintiff such other and further relief as may be just and equitable.


Respectfully Submitted,


/s/Rayl L. Stepter
Rayl L. Stepter (0047505)
200 East Campus View Blvd., Suite 200
Columbus, Ohio 43235
(614) 468-4100
Fax (614) 468-4101
Trial Attorney for Plaintiff


Plaintiff demands trial by jury.


/s/Rayl L. Stepter
Rayl L. Stepter
Trial Attorney for Plaintiff

**EXHIBIT A**

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: **Ronald Briley**
**1353 Mareco Place**
**Columbus, Ohio 43207**

From: **Cleveland Field Office**
**1240 E 9th St, Suite 3001**
**Cleveland, OH 44199**

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **532-2023-01133** | **Legal Unit** | **(267) 589-9707** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

> Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

> The EEOC is terminating its processing of this charge.

*Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS \*of your receipt of this Notice.\* Otherwise, your right to sue based on the above-numbered charge will be lost.*

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.*

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Dilip Gokhale
10/02/2023

Enclosures(s)

**Dilip Gokhale**
**Director**

cc: **Sarah Douglas**
**Parker Poe Adams & Bernstein LLP**
**620 S TRYON ST STE 800**
**Charlotte, NC 28202**